UNITED STATES DISTRICT COURT FOR
THE DISTRICT OF MASSACHUSETTS

Bristol, ss.                                                    C.A. No.:

CHERYL F. RODRIGUES                    )
           *Plaintiff,*                          )
                                               )
V.                                                          )
                                               )
THE STANDARD INSURANCE CO.,        )
           *Defendant*                          )
_____)

## COMPLAINT

1. Plaintiff, Cheryl F. Rodrigues ("Ms. Rodrigues") brings this claim against Defendant, The Standard Insurance Co. ("Standard") for violations of the Employment Retirement Income Security Act of 1974, as amended, 29 U.S.C. §§ 1001 *et seq.* ("ERISA") Ms. Rodrigues is a participant in an ERISA welfare benefits plan insured and administered by The Standard.

### JURISDICTION AND VENUE

2. Ms. Rodrigues' claims are filed pursuant to 29 U.S.C. § 1001, *et seq.* (ERISA). Venue and jurisdiction are, therefore, proper pursuant to 29 U.S.C. § 1132.

### PARTIES

3. Ms. Rodrigues is a resident of Bristol County, Massachusetts. Ms. Rodrigues is a vested participant in Standard's employee benefit plan ("the Plan") within the meaning of 29 U.S.C. § 1002(7). Ms. Rodrigues has standing to bring this claim under 29 U.S.C. § 502(a).

4. Defendant, Standard, is a foreign for-profit corporation with its principal place of business located at 900 SW 5th Avenue, Portland, Oegon. Standard transacts business in Massachusetts and administers the plan under which Ms. Rodrigues is bringing this action.

5. Standard is the party responsible for processing claims made under the Plan and making a final determination as to Ms. Rodrigues' eligibility for benefits.

6.   At all times relevant to the claims asserted in this Complaint, Standard purported to act as an ERISA claims fiduciary with respect to participants of the Short Term Disability ("STD") Plan and Long Term Disability ("LTD") Plan generally, and more specifically with respect to Ms. Rodrigues, within the meaning of ERISA.

7.   The Plan under which Ms. Rodrigues brings this action is an "employee welfare benefits plan" as defined by ERISA, 29 U.S.C. §1002(1).   A true and correct copy of the Plan is attached hereto as **Exhibit A.**

## FACTS

8.   As an employee of Waters Technologies Inc. ("Waters"), Ms. Rodrigues was eligible for STD and LTD coverage under the Plan.

9.   The purpose of the Plan was to provide Ms. Rodriguez with a percentage of her monthly earnings in the event that she became disabled.

10.   The Plan provides: "If you become Disabled while insured under the Group Policy, we will pay LTD Benefits according to the terms of the Group Policy after we receive Proof of Loss satisfactory to us."  (Ex. A, at 7)

11.   The term 'Disability' is defined in the Policy as: "(due to) Physical Disease, Injury, Pregnancy or Mental Disorder, you are unable to perform with reasonable continuity the Material Duties of your Own Occupation*."* (Ex. A, at 11)

12.   Ms. Rodrigues was forced to take a medical leave from Waters Technologies Inc. beginning March 23, 2019 due to injuries she sustained in a motor vehicle accident on March 22, 2019.

13.   Ms. Rodrigues stopped working because her injuries rendered her unable to perform "with reasonable continuity" the material duties of her occupation.

2

14.    Ms. Rodrigues applied for STD benefits on March 23, 2019 due to her inability to perform the

material duties of her occupation as a Application Chemistry Analyst.

15.    While out on medical leave, and within a month of her motor vehicle accident, Ms. Rodrigues'

mother died, whereupon she experienced deepening depression and debilitating anxiety.

16.    On September 16, 2019 Ms. Rodrigues was diagnosed with post-concussion syndrome.

17.    These mental disorders rendered Ms. Rodrigues further unable to perform the material duties

of her occupation as an Application Chemistry Analyst.

18.    Standard paid Ms. Rodrigues STD benefits under the Plan from March 22, 2019 to September

22, 2019, whereupon she applied to Standard for LTD benefits.

19.    Standard originally paid LTD benefits to Ms. Rodrigues but terminated said benefits on

September 17, 2019.

20.    Ms. Rodrigues submitted additional medical records evincing her ongoing disability.  In a

January 8, 2020 correspondence, Standard alleged that it had consulted a psychiatrist to

evaluate Ms. Rodrigues' claim of ongoing disability due to her mental/emotional condition.

This unidentified psychiatrist purportedly "...did not find support for psychiatric limitations and

restrictions."

21.    On February 26, 2020, Ms. Rodrigues, through counsel, notified Standard that she would

appeal the January 8, 2020 adverse determination that no further LTD benefits were owed

to her.

22.    Thereafter, The Standard provided Ms. Rodrigues' claim file to their psychiatric peer reviewer,

Michael Rater, M.D., seeking an opinion on disability.

23.     On August 5, 2020, Dr. Rater submitted his report to Standard.  The report contained his

3

opinion that "Based on the available medical documentation contained in the claim file, Ms. Rodrigues is unable to work due to medically supported conditions regarding her reported mental health conditions ... from January 1, 2020 through the present." He further opines that "Ms. Rodrigues would not be able to sustain continuity in the workplace from 01/01/20 through present."

24. On August 19, 2020, Counsel for Ms. Rodrigues submitted additional medical reports to Standard to support her claim.

25. On August 11, 2020, Standard forwarded said medical reports to Dr. Rater and solicited a second psychiatric opinion.

26. In his second opinion letter dated August 18, 2020, Dr. Rater again opined that "Ms. Rodrigues is precluded in any capacity from 09/14/19 through the present." He continues to note that "Ms. Rodrigues continues to have difficulty doing daily activities due to fatigue and lack of motivation" and that she "...has required continued adjustments of Lithium in order to manage continued mood instability." He then concludes: "[T]he noted restrictions and limitations noted in Question #1 ... preclude the claimant from being able to sustain continuity in the workplace."

27. On September 9, 2020, Standard again denied Ms. Rodrigues' application for further LTD benefits, finding that she did not meet the definition of disability under the Plan despite her documented mental and emotional difficulties, and despite Dr. Rater's two aforementioned opinion letters.

28. Standard's assertion that Ms. Rodrigues was no longer disabled and therefore not entitled to LTD benefits was unreasonable and unsupported by substantial evidence in Standard's possession.

4

29.   Ms. Rodrigues has exhausted her administrative remedies under 29 C.F.R. 2560.503-1(1) and the terms of the Plan as evidenced by Standard's final denial upholding its denial of her claim for LTD benefits.

30.   Standard and its medical reviewers arbitrarily dismissed Ms. Rodrigues' symptoms and functional limitations when they determined that Ms. Rodrigues was not disabled.

31.   Standard failed to address or evaluate the clinical findings of Ms. Rodrigues' primary care physician and other treating providers regarding Ms. Rodrigues' symptoms, restrictions, functional limitations and disability.

32.   Standard failed to conduct a reasonable vocational review of Ms. Rodrigues' ability to perform the duties of her own occupation as required by the terms of the Plan.

33.   Standard failed to meet the minimum requirements for the denial of Ms. Rodrigues' LTD benefits, in violation of ERISA, 29 U.S.C. 1133, which requires that upon a denial of benefits and a reasonable opportunity for a full and fair review by the appropriate named fiduciary of the decision denying the claim.

34.   Standard has failed to meet the Plan's requirements for review of claims that have been denied.

35.   Standard has failed to provide Ms. Rodrigues with a full and fair review of her claim for LTD benefits.

36.   Any discretion to which Standard may claim it is entitled under the terms of the Plan is negated by its failure to provide Ms. Rodrigues with an explanation as to is adverse determination in the face of Dr. Rater's opinion reports as proscribed by ERISA and its implementing regulations.

37.   The decision to deny Ms. Rodrigues' LTD benefits was self-serving, wrongful, unreasonable,

irrational, solely contrary to the evidence, contrary to the terms of the Plan, and contrary to law.

38.     Standard was influenced by its financial conflict of interest, as both the administrator of the Plan and the payor of benefits thereunder, when it denied Ms. Rodrigues' application for further LTD benefits and failed to provide her with the full and fair review of her claims required by law.

39.     Due to the unlawful denial of benefits under ERISA, Ms. Rodrigues has lost her rightful LTD benefits.  She has also suffered emotional distress as a result of Standard's actions.

40.     As a result of the denial of her claim for LTD benefits, Ms. Rodrigues has lost the use of same.

41.     Ms. Rodrigues is entitled to restitution for the loss of her LTD benefits at the Massachusetts statutory 12% rate of interest.

**The Standard's Conflict of Interest**

42.     Standard's conflict of interest is evident in its failure to correctly evaluate Ms. Rodrigues' claim of disability despite its own expert's disability opinion.

43.     Standard's decision to deny Ms. Rodrigues' benefits ignored Dr. Rater's medical peer review report confirming that her symptoms and functional limitations prevented her from performing the essential duties of her own occupation.

## COUNT 1
### *Enforcement of Terms of Plan for LTD Benefits*

44.     Ms. Rodrigues incorporates and realleges the allegations contained in paragraphs 1 through 43 of this Complaint as if fully realleged herein.

45.     The Plan is a contract.

46.     Ms. Rodrigues has performed all her obligations under the contract.

47.     29 U.S.C. § 1132(a) states that:

(a) A civil action may be brought —

1.  by a participant or beneficiary;

    A.   for the relief provided for in subsection (c) of this section; or

    B.   to recover benefits due to her under the terms of her plan, to enforce her rights under the terms of the plan, or to clarify her rights to future benefits under the terms of the plan.

48.  Standard's actions constitute an unlawful denial of disability under ERISA, as provided in 29 U.S.C. § 1132(a)(1)(B).

49.  Standard unlawfully denied Ms. Rodrigues' LTD benefits in party by: (1) dismissing without explanation the substantial evidence supporting Ms. Rodrigues' claim for LTD benefits;  and (2) denying Ms. Rodrigues a full and fair review of its decision do deny her claim for benefits.

50.  In accordance with 29 U.S.C. § 1132, Ms. Rodrigues is entitled to LTD benefits under the terms of the Plan until she is no longer disabled.

51.  Standard has refused to provide Ms. Rodrigues with her LTD disability benefits since September 17, 2019 and are, therefore, in breach of the terms of the Plan and ERISA, which require that Standard engage in full and fair review of all claims and the administration of the Plant in the best interests of the participants of the Plan.

52.  As a direct and proximate result of this breach, Ms. Rodrigues has lost the principal and use of her rightful disability benefits.

## Count 2
### *Attorneys Fees and Costs*

53.  Ms. Rodrigues incorporates and realleges the allegations contained in paragraphs 1 through 52 of this Complaint as if fully realleged herein.

54.  Under the standards applicable to ERISA, Ms. Rodrigues deserves to recover "a reasonable

attorney's fee and costs of the action" herein pursuant to section 502(g)(1) of ERISA, 29 U.S.C. § 1132(g).

55.     Standard has the ability to satisfy the award.

56.     Ms. Rodrigues' conduct of this action is in the interests of all participants who subscribe to the Plan, and the relief granted hereunder will benefit all such participants.

57.     Standard has acted in bad faith in terminating Ms. Rodrigues' LTD disability benefits under the Plan.

58.     The award of attorneys' fees against Standard will deter others insurers acting under similar circumstances.

**WHEREFORE,** the Plaintiff respectfully prays that this Court:

(1)     Declare, adjudge and decree that Ms. Rodrigues is entitled to LTD benefits as calculated under the terms of the Plan;

(2)     Award Ms. Rodrigues LTD disability benefits and 12% interest from the date of Standard's breach of contract;

(3)     Declare, adjudge and decree that Ms. Rodrigues was entitled to LTD benefits to which she is entitled as a disabled individual under the terms of the Plan;

(4)     Order that Standard make restitution to Ms. Rodrigues in the amount of all losses sustained by Ms. Rodrigues as a result of the wrongful conduct alleged herein, together with 12% prejudgment interest;

(5)     Award Ms. Rodrigues the costs of this action and reasonable attorney's fees; and

(6)     Award such other relief as the Court deems just and reasonable.

Respectfully submitted,
PLAINTIFF, CHERYL RODRIGUES,
By her Attorneys,


Date:  8/31/21          /s/ *Kevin J. Phelan*

Kevin J. Phelan, Esq., BBO# 397915
Stephen M. Shea, Esq., BBO# 631169
38 Rock Street, Suite 25
Fall River MA 02720
Ph.  508-674-1999
Fax: 508-679-1110
kphelan@fallriverlaw.net

# EXHIBIT A

# STANDARD INSURANCE COMPANY

A Stock Life Insurance Company
900 SW Fifth Avenue
Portland, Oregon  97204-1282
(503) 321-7000

## GROUP LONG TERM DISABILITY INSURANCE POLICY

| | |
|---|---|
| Policyholder: | Waters Technologies Corporation |
| Policy Number: | 160351-C |
| Effective Date: | January 1, 2016 |

The consideration for this Group Policy is the application of the Policyholder and the payment by the Policyholder of premiums as provided herein.

Subject to the **Policyholder Provisions** and the **Incontestability Provisions**, this Group Policy (a) is issued for the Initial Rate Guarantee Period shown in the **Coverage Features**, and (b) may be renewed for successive renewal periods by the payment of the premium set by us on each renewal date.  The length of each renewal period will be set by us, but will not be less than 12 months.

For purposes of effective dates and ending dates under this Group Policy, all days begin and end at 12:00 midnight Standard Time at the Policyholder's address.

All provisions on this and the following pages are part of this Group Policy.  "You" and "your" mean the Member.  "We", "us", and "our" mean Standard Insurance Company.  Other defined terms appear with their initial letters capitalized.  Section headings, and references to them, appear in boldface type.

STANDARD INSURANCE COMPANY

By

Chairman, President and CEO

Corporate Secretary

GP190-LTD/S399

# Table of Contents

COVERAGE FEATURES ............................................................................................ 1
    GENERAL POLICY INFORMATION ........................................................... 1
    SCHEDULE OF INSURANCE............................................................................ 1
    PREMIUM CONTRIBUTIONS.......................................................................... 2
    PREMIUM AND RENEWALS.......................................................................... 3
INSURING CLAUSE.................................................................................................. 4
BECOMING INSURED............................................................................................... 4
WHEN YOUR INSURANCE BECOMES EFFECTIVE ................................................. 4
ACTIVE WORK PROVISIONS ................................................................................... 5
CONTINUITY OF COVERAGE ................................................................................... 6
WHEN YOUR INSURANCE ENDS............................................................................. 6
WAIVER OF PREMIUM............................................................................................. 7
REINSTATEMENT OF INSURANCE ......................................................................... 7
DEFINITION OF DISABILITY ................................................................................... 8
RETURN TO WORK PROVISIONS ............................................................................ 9
REASONABLE ACCOMMODATION EXPENSE BENEFIT ......................................... 10
REHABILITATION PLAN PROVISION ...................................................................... 11
TEMPORARY RECOVERY....................................................................................... 11
WHEN LTD BENEFITS END .................................................................................... 12
PREDISABILITY EARNINGS.................................................................................... 12
DEDUCTIBLE INCOME ........................................................................................... 12
EXCEPTIONS TO DEDUCTIBLE INCOME ............................................................... 13
RULES FOR DEDUCTIBLE INCOME........................................................................ 14
SUBROGATION........................................................................................................ 15
ADDITIONAL BENEFITS FOR THE SEVERELY DISABLED ...................................... 15
SURVIVORS BENEFIT.............................................................................................. 17
BENEFITS AFTER INSURANCE ENDS OR IS CHANGED .......................................... 18
EFFECT OF NEW DISABILITY ................................................................................. 18
DISABILITIES EXCLUDED FROM COVERAGE......................................................... 18
DISABILITIES SUBJECT TO LIMITED PAY PERIODS .............................................. 19
LIMITATIONS .......................................................................................................... 20
CLAIMS .................................................................................................................... 20
ALLOCATION OF AUTHORITY ................................................................................ 22
TIME LIMITS ON LEGAL ACTIONS ........................................................................ 23
INCONTESTABILITY PROVISIONS ......................................................................... 23
CLERICAL ERROR, AGENCY, AND MISSTATEMENT.............................................. 23
TERMINATION OR AMENDMENT OF THE GROUP POLICY .................................... 24
DEFINITIONS........................................................................................................... 24
POLICYHOLDER PROVISIONS................................................................................. 25

## Index of Defined Terms

Active Work, Actively At Work, 5
Activities Of Daily Living, 16
Allowable Periods, 11
Annual Enrollment Period, 23
Any Occupation, 8
Any Occupation Period, 1
Assisted Living Benefit, 2, 14

Bathing, 16
Benefit Waiting Period, 2, 23

Child, 10
Class Definition, 1
Continence, 16
Contributory, 23
CPI-W, 23

Deductible Income, 12
Disabled, 8
Dressing, 16

Eating, 16
Eligibility Waiting Period, 1
Employer, 23
Employer(s), 1
Evidence Of Insurability, 5

Family Care Expenses, 9
Family Member, 10
Family Status Change, 23

Grace Period, 24
Group Policy, 23
Group Policy Effective Date, 1
Group Policy Number, 1

Hands-on Assistance, 16
Hospital, 18

Indexed Predisability Earnings, 23
Initial Rate Guarantee Period, 3
Injury, 23

LTD Benefit, 23

Material Duties, 8

Maximum Benefit Period, 2, 23
Maximum LTD Benefit, 2
Member, 1, 4
Mental Disorder, 18
Minimum LTD Benefit, 2
Minimum Participation Number, 3
Minimum Participation Percentage, 3

Noncontributory, 23

Own Occupation, 8
Own Occupation Period, 1

Partial Disability, 8
Physical Disease, 23
Physician, 23
Policyholder, 1
Predisability Earnings, 11
Preexisting Condition, 17
Preexisting Condition (for Additional
    Benefits For The Severely Disabled),
    15
Pregnancy, 23
Premium Due Dates, 3
Premium Rates, 3
Prior Plan, 23

Reasonable Accommodation Expense
    Benefit, 10
Rehabilitation Plan, 10

Severe Cognitive Impairment, 16
Social Security Normal Retirement Age
    (SSNRA), 2
Spouse, 23
Standby Assistance, 16
Substance Abuse, 18
Substantial Supervision, 16
Survivors Benefit, 16

Temporary Recovery, 10
Toileting, 16
Transferring, 16

War, 15, 17
Work Earnings, 9

# COVERAGE FEATURES

This section contains many of the features of your long term disability (LTD) insurance.   Other provisions, including exclusions, limitations, and Deductible Income, appear in other sections.   Please refer to the text of each section for full details.   The Table of Contents and the Index of Defined Terms help locate sections and definitions.

## GENERAL POLICY INFORMATION

| | |
|---|---|
| Group Policy Number: | 160351-C |
| Policyholder: | Waters Technologies Corporation |
| Employer(s): | Waters Technologies Corporation<br>T A Instruments – Waters LLC |
| Group Policy Effective Date: | January 1, 2016 |
| Policy Issued in: | Massachusetts |

Member means:

1.  A regular employee of the Employer;

2.  Employed in the United States or Puerto Rico;

3.  Actively At Work at least 24 hours each week (for purposes of the Member definition, Actively At Work will include regularly scheduled days off, holidays, or vacation days, so long as the person is capable of Active Work on those days); and

4.  A citizen or resident of the United States or Canada.

Member does not include a temporary or seasonal employee, a full-time member of the armed forces of any country, a leased employee, or an independent contractor.

Class Definition:

| | |
|---|---|
| Class 1: | Members other than Puerto Rico employees |
| Class 2: | Puerto Rico Members |

## SCHEDULE OF INSURANCE

| | |
|---|---|
| Eligibility Waiting Period: | You are eligible on the later (A) the Group Policy Effective Date, you are eligible on that date, and (B) the first day after 90 consecutive days as a Member. |

Eligibility Waiting Period means the period you must be a Member before you become eligible for insurance.

| | |
|---|---|
| Own Occupation Period: | The first 24 months for which LTD Benefits are paid. |
| Any Occupation Period: | From the end of the Own Occupation Period to the end of the Maximum Benefit Period. |

LTD Benefit:

Plan 1:  60% of the first $25,000 of your Predisability Earnings, reduced by Deductible Income.

Plan 2:  66 2/3% of the first $22,500 of your Predisability Earnings, reduced by Deductible Income

**You may be insured under either Plan 1 or Plan 2, but not both.  You will be insured under Plan 1 unless you are insured under Plan 2.  If you cease paying premiums for Plan 2, you will automatically be insured under Plan 1.**

Maximum:

$15,000 before reduction by Deductible Income.

Minimum:

$100 or 10% of your LTD Benefit before reduction by Deductible Income, whichever is greater.

Assisted Living Benefit:

An additional 20% of your Predisability Earnings, but not to exceed $5,000.  The Assisted Living Benefit is not reduced by Deductible Income.

Benefit Waiting Period:

180 days.

Maximum Benefit Period:

Determined by your age when Disability begins, as follows:

| Age | Maximum Benefit Period |
| --- | --- |
| 60 or younger | To age 65, or to SSNRA, or 5 years, whichever is longest. |
| 61 | To SSNRA, or 4 years, whichever is longer. |
| 62 | To SSNRA, or 3 years 6 months, whichever is longer. |
| 63 | To SSNRA, or 3 years, whichever is longer. |
| 64 | To SSNRA, or 2 years 6 months, whichever is longer. |
| 65 | 2 years |
| 66 | 1 year 9 months |
| 67 | 1 year 6 months |
| 68 | 1 year 3 months |
| 69 or older | 1 year |

Social Security Normal Retirement Age (SSNRA) means your normal retirement age under the Federal Social Security Act, as amended.

## PREMIUM CONTRIBUTIONS

Plan 1 insurance is:

Noncontributory

Plan 2 insurance is:

Contributory; you and your Employer share the cost of coverage.  Employer contribution level determines the taxability of the benefit amount.

You must apply in writing for Contributory insurance and agree to pay premiums within 31 days of the date you become eligible for insurance.  Otherwise, you may not apply for Contributory insurance until the next Annual Enrollment Period or you have a Family Status Change.

You may elect changes in your insurance only during an Annual Enrollment Period or during the first 31 days following a Family Status Change.

## PREMIUM AND RENEWALS

Premium Rates:

    LTD Insurance:

Plan 1:   0.17% of the first $25,000 of each insured Member's insured Predisability Earnings.

Plan 2:  the sum of:

    a)  0.17% of the first $25,000 of each insured Member's insured Predisability Earnings (Employer paid), and

    b)  0.13% of the first $22,500 of each insured Member's insured Predisability Earnings (Member paid).

Premium Due Dates:

January 1, 2016 and the first day of each calendar month thereafter.

Initial Rate Guarantee Period:

January 1, 2016 to January 1, 2019

Minimum Participation Number:

10 insured Members

Minimum Participation Percentage:

100% of eligible Members must be insured under Plan 1.

20% of eligible Members must be insured under Plan 2.

## INSURING CLAUSE

If you become Disabled while insured under the Group Policy, we will pay LTD Benefits according to the terms of the Group Policy after we receive Proof Of Loss satisfactory to us.

**LT.IC.OT.1**

## BECOMING INSURED

To become insured you must be a Member, complete your Eligibility Waiting Period, and meet the requirements in **Active Work Provisions** and **When Your Insurance Becomes Effective**.

You are a Member if you are:

1. A regular employee of the Employer;

2. Employed in the United States or Puerto Rico;

3. Actively At Work at least 24 hours each week (for purposes of the Member definition, Actively At Work will include regularly scheduled days off, holidays, or vacation days, so long as the person is capable of Active Work on those days); and

4. A citizen or resident of the United States or Canada.

You are not a Member if you are a temporary or seasonal employee, a full-time member of the armed forces of any country, a leased employee, or an independent contractor.

Eligibility Waiting Period means the period you must be a Member before you become eligible for insurance. Your Eligibility Waiting Period is shown in the **Coverage Features.**

**(VAR MBR DEF)    LT.BI.OT.1**

## WHEN YOUR INSURANCE BECOMES EFFECTIVE

A.  When Insurance Becomes Effective

Subject to the **Active Work Provisions**, your insurance becomes effective as follows:

1.  Insurance Subject To Evidence Of Insurability

Insurance subject to Evidence Of Insurability becomes effective on the latest of:

a.  The date we approve your Evidence Of Insurability;

b.  The later of the date you apply or the date of the Family Status Change, if you apply within 31 days of a Family Status Change; or

c.  The beginning of the next plan year following the date you apply, if you apply during the Annual Enrollment Period.

2.  Insurance Not Subject To Evidence of Insurability

The **Coverage Features** states whether insurance is Contributory or Noncontributory.

a.  Noncontributory Insurance

Noncontributory insurance not subject to Evidence Of Insurability becomes effective on the date you become eligible.

b. Contributory Insurance

You must apply in writing for Contributory insurance and agree to pay premiums within 31 days of the date you become eligible for insurance. Otherwise, you may not apply for Contributory insurance until the next Annual Enrollment Period or you have a Family Status Change.

Contributory insurance not subject to Evidence Of Insurability becomes effective on:

i. The date you become eligible if you apply on or before that date; or

ii. The date you apply if you apply within 31 days after you become eligible.

Late application:  Evidence Of Insurability is required if you apply more than 31 days after you become eligible.

B. Takeover Provisions

1. If you were insured under the Prior Plan on the day before the effective date of your Employer's coverage under the Group Policy, your Eligibility Waiting Period is waived on the effective date of your Employer's coverage under the Group Policy.

2. You must submit satisfactory Evidence Of Insurability to become insured if you were eligible for contributory insurance under the Prior Plan for more than 31 days but were not insured. This requirement is waived on the Group Policy Effective Date for Members who:

a. Were enrolled under the Prior Plan on December 31, 2015. The effective date of insurance under the Prior Plan, for purposes of the **Continuity of Coverage** provision, is deemed to be the date according to the Policyholder's records; or

b. Apply for Contributory insurance during the Annual Enrollment Period immediately preceding the Group Policy Effective Date.

C. Evidence Of Insurability Requirement

Evidence Of Insurability satisfactory to us is required:

a. For late application for Contributory insurance.

b. For Members eligible but not insured under the Prior Plan.

c. For reinstatements if required.

Providing Evidence Of Insurability means you must:

1. Complete and sign our medical history statement;

2. Sign our form authorizing us to obtain information about your health;

3. Undergo a physical examination, if required by us, which may include blood testing; and

4. Provide any additional information about your insurability that we may reasonably require.

**(VAR EOI)   LT.EF.OT.1X**

## ACTIVE WORK PROVISIONS

A. Active Work Requirement

You must be capable of Active Work on the day before the scheduled effective date of your insurance or your insurance will not become effective as scheduled.  If you are incapable of Active Work because of Physical Disease, Injury, Pregnancy or Mental Disorder on the day before the scheduled effective date of your insurance, your insurance will not become effective until the day after you complete one full day of Active Work as an eligible Member.

Active Work and Actively At Work mean performing with reasonable continuity the Material Duties of your Own Occupation at your Employer's usual place of business.

B. Changes In Insurance

This Active Work requirement also applies to any increase in your insurance.

LT.AW.OT.1

## CONTINUITY OF COVERAGE

A. Waiver Of Active Work Requirement

If you were insured under the Prior Plan on the day before the effective date of your Employer's coverage under the Group Policy, you can become insured on the effective date of your Employer's coverage without meeting the Active Work requirement.  See **Active Work Provisions**.

The LTD Benefit payable for a period of continuous Disability beginning before you meet the Active Work requirement will be:

1. The monthly benefit which would have been payable under the terms of the Prior Plan if it had remained in force; reduced by

2. Any benefits payable under the Prior Plan.

There is no Minimum LTD Benefit if there is a reduction by benefits payable under the Prior Plan.

B. Effect Of Preexisting Conditions

If your Disability is subject to the Preexisting Condition Exclusion, LTD Benefits will be payable if:

1. You were insured under the Prior Plan on the day before the effective date of your Employer's coverage under the Group Policy;

2. You became insured under the Group Policy when your insurance under the Prior Plan ceased;

3. You were continuously insured under the Group Policy from the effective date of your insurance under the Group Policy through the date you became Disabled from the Preexisting Condition; and

4. Benefits would have been payable under the terms of the Prior Plan if it had remained in force, taking into account the preexisting condition exclusion, if any, of the Prior Plan.

For such a Disability, the amount of your LTD Benefit will be the lesser of:

a. The monthly benefit that would have been payable under the terms of the Prior Plan if it had remained in force; or

b. The LTD Benefit payable under the terms of the Group Policy, but without application of the Preexisting Condition Exclusion.

Your LTD Benefits for such a Disability will end on the earlier of the following dates:

a. The date benefits would have ended under the terms of the Prior Plan if it had remained in force; or

b. The date LTD Benefits end under the terms of the Group Policy.

LT2.CC.10

## WHEN YOUR INSURANCE ENDS

Your insurance ends automatically on the earliest of:

1. The date the last period ends for which a premium contribution was made for your insurance.

2. The date the Group Policy terminates.

3. The date you cease to be a Member. However, your insurance will be continued during the following periods when you are absent from Active Work, unless it ends under any of the above.

    a. During the first 90 days of a temporary or indefinite administrative or involuntary leave of absence or sick leave, provided your Employer is paying you at least the same Predisability Earnings paid to you immediately before you ceased to be a Member. A period when you are absent from Active Work as part of a severance or other employment termination agreement is not a leave of absence, even if you are receiving the same Predisability Earnings.

    b. During a leave of absence if continuation of your insurance under the Group Policy is required by a state-mandated family or medical leave act or law.

    c. During any other temporary leave of absence approved by your Employer in advance and in writing and scheduled to last 90 days or less. A period of Disability is not a leave of absence.

    d. During the 31 day period after you cease employment with your Employer, but not beyond the date you become eligible for other similar insurance.

    e. During the Benefit Waiting Period.

4. Plant Closing Provision: If you cease to be a Member or to be Actively at Work because of a plant closing or covered partial closing, your insurance may be continued until the end of 90 days or the date you become eligible for other similar insurance, whichever comes first. "Plant closing" and "covered partial closing" are defined in section 71A of chapter 151A of the Laws of Massachusetts. The Director of the Massachusetts Division of Employment Security must determine whether a partial plant closing is a "covered partial closing".

LT.EN.MA.1

## WAIVER OF PREMIUM

We will waive payment of premium for your insurance while LTD Benefits are payable.

LT.WP.OT.1

## REINSTATEMENT OF INSURANCE

If your insurance ends, you may become insured again as a new Member. However, the following will apply:

1. If you cease to be a Member because of a covered Disability following the Benefit Waiting Period, your insurance will end; however, if you become a Member again immediately after LTD Benefits end, the Eligibility Waiting Period will be waived and, with respect to the condition(s) for which LTD Benefits were payable, the Preexisting Condition Exclusion will be applied as if your insurance had remained in effect during that period of Disability.

2. If your insurance ends because you cease to be a Member for any reason other than a covered Disability, and if you become a Member again within 30 days, the Eligibility Waiting Period will be waived.

3. If your insurance ends because you fail to make a required premium contribution, you must provide Evidence Of Insurability to become insured again.

4. If your insurance ends because you are on a federal or state-mandated family or medical leave of absence, and you become a Member again immediately following the period allowed, your insurance will be reinstated pursuant to the federal or state-mandated family or medical leave act or law.

5. The Preexisting Conditions Exclusion will be applied as if insurance had remained in effect in the following instances:

a. If you become insured again within 90 days.

b. If required by federal or state-mandated family or medical leave act or law and you become insured again immediately following the period allowed under the family or medical leave act or law.

6. In no event will insurance be retroactive.

**LT.RE.OT.2**

## DEFINITION OF DISABILITY

You are Disabled if you meet one of the following definitions during the period it applies:

A. Own Occupation Definition Of Disability;

B. Any Occupation Definition Of Disability; or

C. Partial Disability Definition.

A. Own Occupation Definition Of Disability

During the Benefit Waiting Period and the Own Occupation Period you are required to be Disabled only from your Own Occupation.

You are Disabled from your Own Occupation if, as a result of Physical Disease, Injury, Pregnancy or Mental Disorder, you are unable to perform with reasonable continuity the Material Duties of your Own Occupation.

Note: You are not Disabled merely because your right to perform your Own Occupation is restricted, including a restriction or loss of license.

During the Own Occupation Period you may work in another occupation while you meet the Own Occupation Definition Of Disability. However, you will no longer be Disabled when your Work Earnings from another occupation meet or exceed 80% of your Indexed Predisability Earnings. Your Work Earnings may be Deductible Income. See **Return To Work Provisions** and **Deductible Income**.

Own Occupation means any employment, business, trade, profession, calling or vocation that involves Material Duties of the same general character as the occupation you are regularly performing for your Employer when Disability begins. In determining your Own Occupation, we are not limited to looking at the way you perform your job for your Employer, but we may also look at the way the occupation is generally performed in the national economy. If your Own Occupation involves the rendering of professional services and you are required to have a professional or occupational license in order to work, your Own Occupation is as broad as the scope of your license.

Material Duties means the essential tasks, functions and operations, and the skills, abilities, knowledge, training and experience, generally required by employers from those engaged in a particular occupation that cannot be reasonably modified or omitted.

B. Any Occupation Definition Of Disability

During the Any Occupation Period you are required to be Disabled from all occupations.

You are Disabled from all occupations if, as a result of Physical Disease, Injury, Pregnancy or Mental Disorder, you are unable to perform with reasonable continuity the Material Duties of Any Occupation.

Any Occupation means any occupation or employment which you are able to perform, whether due to education, training, or experience, which is available at one or more locations in the national economy and in which you can be expected to earn at least 80% of your Indexed Predisability

Earnings within twelve months following your return to work, regardless of whether you are working in that or any other occupation.

Material Duties means the essential tasks, functions and operations, and the skills, abilities, knowledge, training and experience, generally required by employers from those engaged in a particular occupation that cannot be reasonably modified or omitted.  In no event will we consider working an average of more than 40 hours per week to be a Material Duty.

C.  Partial Disability Definition

During the Benefit Waiting Period and the Own Occupation Period, you are Partially Disabled when you work in your Own Occupation but, as a result of Physical Disease, Injury, Pregnancy or Mental Disorder, you are unable to earn 80% or more of your Indexed Predisability Earnings, in that occupation.

Your Work Earnings may be Deductible Income.  See **Return To Work Provisions** and **Deductible Income**.

Your Own Occupation Period and Any Occupation Period are shown in the **Coverage Features**.

(OR DEF_OWN_ANY_NO 40)    LT.DD.OT.1

## RETURN TO WORK PROVISIONS

A.  Return To Work Incentive

You may serve your Benefit Waiting Period while working if you meet the Own Occupation Definition Of Disability.

You are eligible for the Return To Work Incentive on the first day you work after the Benefit Waiting Period if LTD Benefits are payable on that date.  The Return To Work Incentive changes 12 months after that date, as follows:

1.  During the first 12 months, your Work Earnings will be Deductible Income as determined in a., b. and c:

    a.  Determine the amount of your LTD Benefit as if there were no Deductible Income, and add your Work Earnings to that amount.

    b.  Determine 100% of your Indexed Predisability Earnings.

    c.  If a. is greater than b., the difference will be Deductible Income.

2.  After those first 12 months, 50% of your Work Earnings will be Deductible Income.

B.  Work Earnings Definition

Work Earnings means your gross monthly earnings from work you perform while Disabled.

Work Earnings includes earnings from your Employer, any other employer, or self-employment, and any sick pay, vacation pay, annual or personal leave pay or other salary continuation earned or accrued while working.

Earnings from work you perform will be included in Work Earnings when you have the right to receive them.  If you are paid in a lump sum or on a basis other than monthly, we will prorate your Work Earnings over the period of time to which they apply.  If no period of time is stated, we will use a reasonable one.

In determining your Work Earnings we:

1.  Will use the financial accounting method you use for income tax purposes, if you use that method on a consistent basis.

2.  Will not be limited to the taxable income you report to the Internal Revenue Service.

3. May ignore expenses under section 179 of the IRC as a deduction from your gross earnings.

4. May ignore depreciation as a deduction from your gross earnings.

5. May adjust the financial information you give us in order to clearly reflect your Work Earnings.

If we determine that your earnings vary substantially from month to month, we may determine your Work Earnings by averaging your earnings over the most recent three-month period. During the Own Occupation Period you will no longer be Disabled when your average Work Earnings over the last three months exceed 80% of your Indexed Predisability Earnings. During the Any Occupation Period you will no longer be Disabled when your average Work Earnings over the last three months exceed 80% of your Indexed Predisability Earnings.

C.  Family Care Expenses Adjustment

If you must pay Family Care Expenses in order to work, we will reduce the amount of the Work Earnings used in determining your Deductible Income, subject to the following:

1. Your Work Earnings will be reduced by the first $250 per Family Member of the monthly Family Care Expenses you pay, but not to exceed a total of $500 for all Family Members.

2. The Work Earnings and the Family Care Expenses must be for the same period.

3. You must give us satisfactory proof of the Family Care Expenses you pay.

4. The Work Earnings reduction by Family Care Expenses will end 12 months after it begins.

Family Care Expenses means the amount you pay to a licensed care provider for the care of your Family which is necessary in order for you to work.

Family Member means:

1. Your Child; or

2. Your spouse, parent, grandparent, sibling, or other close family member residing in your home who is:

   a. Continuously incapable of self-sustaining employment because of mental retardation or physical handicap; and

   b. Chiefly dependent upon you for support and maintenance.

Child means:

1. Your child residing in your home (including your stepchild and an adopted child), from live birth through age 11; or

2. Your child, age 12 or older, residing in your home (including your stepchild and an adopted child) who is:

   a. Continuously incapable of self-sustaining employment because of mental retardation or physical handicap; and

   b. Chiefly dependent upon you for support and maintenance.

**(NO RESP_FAMILY CR)   LT.RW.OT.1**

## REASONABLE ACCOMMODATION EXPENSE BENEFIT

If you return to work in any occupation for any employer, not including self-employment, as a result of a reasonable accommodation made by such employer, we will pay that employer a Reasonable Accommodation Expense Benefit of up to $25,000, but not to exceed the expenses incurred.

The Reasonable Accommodation Expense Benefit is payable only if the reasonable accommodation is approved by us in writing prior to its implementation.

LT.RA.OT.1

## REHABILITATION PLAN PROVISION

While you are Disabled you may qualify to participate in a Rehabilitation Plan.  Rehabilitation Plan means a written plan, program or course of vocational training or education that is intended to prepare you to return to work.

To participate in a Rehabilitation Plan you must apply on our forms or in a letter to us.  The terms, conditions and objectives of the plan must be accepted by you and approved by us in advance.  We have the sole discretion to approve your Rehabilitation Plan.

While you are participating in an approved Rehabilitation Plan, your LTD Benefit will be increased by 10% of your Predisability Earnings.  Your LTD Benefit may not exceed the Maximum LTD Benefit shown in the **Coverage Features** as a result of this increase.

An approved Rehabilitation Plan may include our payment of some or all of the expenses you incur in connection with the plan, including:

a.  Training and education expenses.

b.  Family care expenses.

c.  Job-related expenses.

d.  Job search expenses.

(WITH REHAB INC BFT)   LT.RH.OT.1

## TEMPORARY RECOVERY

You may temporarily recover from your Disability and then become Disabled again from the same cause or causes without having to serve a new Benefit Waiting Period. Temporary Recovery means you cease to be Disabled for no longer than the applicable Allowable Period.  See **Definition Of Disability**.

A.  Allowable Periods

    1.  During the Benefit Waiting Period: a total of 30 days of recovery.

    2.  During the Maximum Benefit Period: 180 days for each period of recovery.

B.  Effect Of Temporary Recovery

    If your Temporary Recovery does not exceed the Allowable Periods, the following will apply.

    1.  The Predisability Earnings used to determine your LTD Benefit will not change.

    2.  The period of Temporary Recovery will not count toward your Benefit Waiting Period, your Maximum Benefit Period or your Own Occupation Period.

    3.  No LTD Benefits will be payable for the period of Temporary Recovery.

    4.  No LTD Benefits will be payable after benefits become payable to you under any other disability insurance plan under which you become insured during your period of Temporary Recovery.

    5.  Except as stated above, the provisions of the Group Policy will be applied as if there had been no interruption of your Disability.

(NEW TR PERIOD)   LT.TR.OT.1

## WHEN LTD BENEFITS END

Your LTD Benefits end automatically on the earliest of:

1. The date you are no longer Disabled.

2. The date your Maximum Benefit Period ends.

3. The date you die.

4. The date benefits become payable under any other LTD plan under which you become insured through employment during a period of Temporary Recovery.

5. The date you fail to provide proof of continued Disability and entitlement to LTD Benefits.

LT.BE.OT.1

## PREDISABILITY EARNINGS

Your Predisability Earnings will be based on your benefit base salary in effect on your last full day of Active Work.  Any subsequent change in your benefit base salary after that last full day of Active Work will not affect your Predisability Earnings.

Predisability Earnings means your monthly benefit base salary as calculated by your Employer from your Employer, including:

1. Contributions you make through a salary reduction agreement with your Employer to:

   a. An Internal Revenue Code (IRC) Section 401(k), 403(b), 408(k), 408(p), or 457 deferred compensation arrangement; or

   b. An executive nonqualified deferred compensation arrangement.

2. Amounts contributed to your fringe benefits according to a salary reduction agreement under an IRC Section 125 plan.

3. Any other extra compensation included in your benefit base salary.

Predisability Earnings excludes any compensation not included in your benefit base salary.

## DEDUCTIBLE INCOME

Subject to **Exceptions To Deductible Income**, Deductible Income means:

1. Sick pay, annual or personal leave pay, severance pay, or other salary continuation, including donated amounts, (but not vacation pay) paid to you by your Employer, if it exceeds the amount found in a., b., and c.

   a. Determine the amount of your LTD Benefit as if there were no Deductible Income, and add your sick pay or other salary continuation to that amount.

   b. Determine 100% of your Indexed Predisability Earnings.

   c. If a. is greater than b., the difference will be Deductible Income.

2. Your Work Earnings, as described in the **Return To Work Provisions**.

3. Any amount you receive or are eligible to receive because of your disability, including amounts for partial or total disability, whether permanent, temporary, or vocational, under any of the following:

   a. A workers' compensation law;

   b. The Jones Act;

   c. Maritime Doctrine of Maintenance, Wages, or Cure;

    d.  Longshoremen's and Harbor Worker's Act; or

    e.  Any similar act or law.

4.  Any amount you, your spouse, or your child under age 18 receive or are eligible to receive because of your disability or retirement under:

    a.  The Federal Social Security Act;

    b.  The Canada Pension Plan;

    c.  The Quebec Pension Plan;

    d.  The Railroad Retirement Act; or

    e.  Any similar plan or act.

    Full offset:  Both the primary benefit (the benefit awarded to you) and dependents benefit are Deductible Income.

    Benefits your spouse or a child receives or are eligible to receive because of your disability are Deductible Income regardless of marital status, custody, or place of residence.  The term "child" has the meaning given in the applicable plan or act.

5.  Any amount you receive or are eligible to receive because of your disability under any state disability income benefit law or similar law.

6.  Any amount you receive or are eligible to receive because of your disability under another group insurance coverage.

7.  Any disability or retirement benefits you receive under your Employer's retirement plan.

8.  Any earnings or compensation included in Predisability Earnings which you receive or are eligible to receive while LTD Benefits are payable.

9.  Any amount you receive or are eligible to receive under any unemployment compensation law or similar act or law.

10. Any amount you receive or are eligible to receive from or on behalf of a third party because of your disability, whether by judgment, settlement or other method.  If you notify us before filing suit or settling your claim against such third party, the amount used as Deductible Income will be reduced by a pro rata share of your costs of recovery, including reasonable attorney fees.

11. Any amount you receive by compromise, settlement, or other method as a result of a claim for any of the above, whether disputed or undisputed.

(NO OTHR OFFST_PRIV_WITH 3RD)   LT.DI.OT.1

## EXCEPTIONS TO DEDUCTIBLE INCOME

Deductible Income does not include:

1.  Any cost of living increase in any Deductible Income other than Work Earnings, if the increase becomes effective while you are Disabled and while you are eligible for the Deductible Income.

2.  Reimbursement for hospital, medical, or surgical expense.

3.  Reasonable attorneys fees incurred in connection with a claim for Deductible Income.

4.  Benefits from any individual disability insurance policy.

5.  Early retirement benefits under the Federal Social Security Act which are not actually received.

6.  Group credit or mortgage disability insurance benefits.

7.  Accelerated death benefits paid under a life insurance policy.

8. Benefits from the following:

    a. Profit sharing plan.

    b. Thrift or savings plan.

    c. Deferred compensation plan.

    d. Plan under IRC Section 401(k), 408(k), 408(p), or 457.

    e. Individual Retirement Account (IRA).

    f. Tax Sheltered Annuity (TSA) under IRC Section 403(b).

    g. Stock ownership plan.

    h. Keogh (HR-10) plan.

9. The following amounts under your Employer's retirement plan:

    a. A lump sum distribution of your entire interest in the plan.

    b. Any amount which is attributable to your contributions to the plan.

    c. Any amount you could have received upon termination of employment without being disabled or retired.

(PRIV_NO OTHR OFFST)   LT.ED.OT.1

## RULES FOR DEDUCTIBLE INCOME

A. Monthly Equivalents

Each month we will determine your LTD Benefit using the Deductible Income for the same monthly period, even if you actually receive the Deductible Income in another month.

If you are paid Deductible Income in a lump sum or by a method other than monthly, we will determine your LTD Benefit using a prorated amount. We will use the period of time to which the Deductible Income applies. If no period of time is stated, we will use a reasonable one.

B. Your Duty To Pursue Deductible Income

You must pursue Deductible Income for which you may be eligible. We may ask for written documentation of your pursuit of Deductible Income. You must provide it within 60 days after we mail you our request. Otherwise, we may reduce your LTD Benefits by the amount we estimate you would be eligible to receive upon proper pursuit of the Deductible Income.

C. Pending Deductible Income

We will not deduct pending Deductible Income until it becomes payable. You must notify us of the amount of the Deductible Income when it is approved. You must repay us for the resulting overpayment of your claim.

D. Overpayment Of Claim

We will notify you of the amount of any overpayment of your claim under any group disability insurance policy issued by us. You must immediately repay us. You will not receive any LTD Benefits until we have been repaid in full. In the meantime, any LTD Benefits paid, including the Minimum LTD Benefit, will be applied to reduce the amount of the overpayment. We may charge you interest at the legal rate for any overpayment which is not repaid within 30 days after we first mail you notice of the amount of the overpayment.

LT.RU.OT.1

## SUBROGATION

If LTD Benefits are paid or payable to you under the Group Policy as the result of any act or omission of a third party, we will be subrogated to all rights of recovery you may have in respect to such act or omission. You must execute and deliver to us such instruments and papers as may be required and do whatever else is needed to secure such rights. You must avoid doing anything that would prejudice our rights of subrogation.

If you notify us before filing suit or settling your claim against such third party, the amount to which we are subrogated will be reduced by a pro rata share of your costs of recovery, including reasonable attorney fees. If suit or action is filed, we may record a notice of payments of LTD Benefits, and such notice shall constitute a lien on any judgment recovered.

If you or your legal representative fail to bring suit or action promptly against such third party, we may institute such suit or action in our name or in your name. We are entitled to retain from any judgment recovered the amount of LTD Benefits paid or to be paid to you or on your behalf, together with our costs of recovery, including attorney fees. The remainder of such recovery, if any, shall be paid to you or as the court may direct.

LT.SG.OT.1

## ADDITIONAL BENEFITS FOR THE SEVERELY DISABLED

A. Assisted Living Benefit

If you meet the requirements in 1 through 3 below, we will pay Assisted Living Benefits according to the terms of the Group Policy after we receive Proof Of Loss satisfactory to us.

Assisted Living Benefit Requirements

1. You are Disabled and LTD Benefits are payable to you.

2. While you are Disabled:

   a. You, due to loss of functional capacity as a result of Physical Disease or Injury, become unable to safely and completely perform two or more Activities Of Daily Living without Hands-on Assistance or Standby Assistance; or

   b. You require Substantial Supervision for your health or safety due to Severe Cognitive Impairment as a result of Physical Disease or Injury.

3. The condition in 2.a or 2.b above is expected to last 90 days or more as certified by a Physician in the appropriate specialty as determined by us.

B. Amount Of The Assisted Living Benefit

See the **Coverage Features** for the amount of the Assisted Living Benefit.

C. Becoming Insured For Assisted Living Benefits

You are eligible for Assisted Living Benefit coverage if you are insured for LTD insurance. Subject to the **Active Work Provision**, your Assisted Living Benefit coverage becomes effective on the date your LTD insurance becomes effective.

D. Payment Of Assisted Living Benefits

We will pay Assisted Living Benefits within 60 days after Proof Of Loss is satisfied. Your Assisted Living Benefits will be paid to you at the same time LTD Benefits are payable.

E. Time Limits On Filing Proof Of Loss

Proof Of Loss for the Assisted Living Benefit must be provided within 90 days after the date the inability to perform Activities Of Daily Living or the Severe Cognitive Impairment begins. If that is

not possible, it must be provided as soon as reasonably possible, but not later than one year after that 90-day period.

If Proof Of Loss is filed outside these time limits, the claim will be denied.  These limits will not apply while the claimant lacks legal capacity.

F.  When Assisted Living Benefits End

Assisted Living Benefits end automatically on the earliest of:

1.  The date you no longer meet the requirements in item A. above.

2.  The date your LTD Benefits end.

G.  When Assisted Living Benefits Coverage Ends

Assisted Living Benefit coverage ends automatically on the earliest of:

1.  The date your LTD insurance ends.

2.  The date Assisted Living Benefit coverage terminates under the Group Policy.

H.  Assisted Living Benefits After Insurance Ends Or Is Changed

Your right to receive Assisted Living Benefits will not be affected by the occurrence of the events described in 1 or 2 below that become effective after you become Disabled.

1.  Termination or amendment of the Group Policy or your Employer's coverage under the Group Policy.

2.  Termination of Assisted Living Benefit coverage while the Group Policy or your Employer's coverage under the Group Policy remains in force.

I.  Exclusions and Limitations

No Assisted Living Benefit will be paid for any period when you are confined for any reason in a penal or correctional institution.

No Assisted Living Benefit will be paid if your inability to perform Activities Of Daily Living or your Severe Cognitive Impairment is caused or contributed to by:

1.  War or any act of War.  War means declared or undeclared war, whether civil or international, and any substantial armed conflict between organized forces of a military nature.

2.  Any intentionally self-inflicted Injury, while sane or insane.

3.  A Mental Disorder.

4.  Use of alcohol, alcoholism, use of any drug, including hallucinogens, or drug addiction.

5.  A Preexisting Condition.

   a.  Definition:  For purposes of the Assisted Living Benefit, Preexisting Condition means a mental or physical condition for which you have done any of the following:

      i.  consulted a physician or other licensed medical professional,

      ii.  received medical treatment or services or advice,

      iii.  undergone diagnostic procedures, including self-administered procedures, or

      iv.  taken prescribed drugs or medication

      during the 3 months just before your Assisted Living Benefit coverage is effective.

  b.  Period Of Exclusion:

   This exclusion will not apply after the Assisted Living Benefit coverage has been continuously in effect for a period of 12 months, if after that period you have been Actively At Work for at least one full day.

6.  Committing or attempting to commit an assault or felony, or active participation in a violent disorder or riot.  (Active participation does not include being at the scene of a violent disorder or riot while performing official duties.)

J.  Definitions For Assisted Living Benefit

Activities Of Daily Living means Bathing, Continence, Dressing, Eating, Toileting, or Transferring.

Bathing means washing oneself, whether in the tub or shower or by sponge bath, with or without the help of adaptive devices.

Continence means voluntarily controlling bowel and bladder function, or, if incontinent, maintaining a reasonable level of personal hygiene.

Dressing means putting on and removing all items of clothing, footwear, and medically necessary braces and artificial limbs.

Eating means getting food and fluid into the body, whether manually, intravenously, or by feeding tube.

Toileting means getting to and from and on and off the toilet, and performing related personal hygiene.

Transferring means moving into or out of a bed, chair or wheelchair, with or without adaptive devices.

Hands-on Assistance means the physical assistance of another person without which the insured would be unable to perform the Activity Of Daily Living.

Standby Assistance means the presence of another person within arm's reach of the insured that is necessary to prevent, by physical intervention, injury to the insured while the insured is performing the Activity Of Daily Living (such as being ready to catch the insured if the insured falls while getting into or out of the bathtub or shower as part of Bathing, or being ready to remove food from the insured's throat if the insured chokes while Eating).

Severe Cognitive Impairment means a loss or deterioration in intellectual capacity that is (a) comparable to (and includes) Alzheimer's disease and similar forms of irreversible dementia, and (b) is measured by clinical evidence and standardized tests approved by us that reliably measure impairment in (i) short-term or long-term memory, (ii) orientation as to people, places, or time, and (iii) deductive or abstract reasoning.  Severe Cognitive Impairment does not include loss or deterioration as a result of a Mental Disorder.

Substantial Supervision means continual supervision (which may include cueing by verbal prompting, gestures, or other demonstrations) by another person that is necessary to protect you from threats to your health or safety (such as may result from wandering).

LT.XB.OT.1

## SURVIVORS BENEFIT

If you die while LTD Benefits are payable, and on the date you die you have been continuously Disabled for at least 180 days, we will pay a Survivors Benefit according to 1 through 4 below.

1.  The Survivors Benefit is a lump sum equal to 3 times your LTD Benefit without reduction by Deductible Income.

2.  The Survivors Benefit will first be applied to reduce any overpayment of your claim.

3. The Survivors Benefit will be paid at our option to any one or more of the following:

    a. Your surviving Spouse;

    b. Your surviving unmarried children, including adopted children, under age 25;

    c. Your surviving Spouse's unmarried children, including adopted children, under age 25; or

    d. Any person providing the care and support of any person listed in a., b., or c. above.

4. No Survivors Benefit will be paid if you are not survived by any person listed in a., b., or c. above.

LT.SB.OT.1

## BENEFITS AFTER INSURANCE ENDS OR IS CHANGED

During each period of continuous Disability, we will pay LTD Benefits according to the terms of the Group Policy in effect on the date you become Disabled. Your right to receive LTD Benefits will not be affected by:

1. Any amendment to the Group Policy that is effective after you become Disabled.

2. Termination of the Group Policy after you become Disabled.

LT.BA.OT.1

## EFFECT OF NEW DISABILITY

If a period of Disability is extended by a new cause while LTD Benefits are payable, LTD Benefits will continue while you remain Disabled. However, 1 and 2 apply.

1. LTD Benefits will not continue beyond the end of the original Maximum Benefit Period.

2. The **Disabilities Excluded From Coverage, Disabilities Subject To Limited Pay Periods,** and **Limitations** sections will apply to the new cause of Disability.

LT.ND.OT.1

## DISABILITIES EXCLUDED FROM COVERAGE

A. War

    You are not covered for a Disability caused or contributed to by War or any act of War. War means declared or undeclared war, whether civil or international, and any substantial armed conflict between organized forces of a military nature.

B. Intentionally Self-Inflicted Injury

    You are not covered for a Disability caused or contributed to by an intentionally self-inflicted Injury, while sane or insane.

C. Preexisting Condition

    1. Definition

        Preexisting Condition means a mental or physical condition whether or not diagnosed or misdiagnosed:

        a. For which you have done any of the following:

            i. Consulted a physician or other licensed medical professional;

            ii. Received medical treatment, services or advice;

            iii. Undergone diagnostic procedures, including self-administered procedures;

iv.  Taken prescribed drugs or medications;

b.  Which, as a result of any medical examination, including routine examination, was discovered or suspected;

at any time during the 90-day period just before your insurance becomes effective.

2.  Exclusion

You are not covered for a Disability caused or contributed to by a Preexisting Condition or medical or surgical treatment of a Preexisting Condition unless, on the date you become Disabled, you:

a.  Have been continuously insured under the Group Policy for 12 months; and

b.  Have been Actively At Work for at least one full day after the end of that 12 months.

D.  Loss Of License Or Certification

You are not covered for a Disability caused or contributed to by the loss of your professional license, occupational license or certification.

E.  Violent Or Criminal Conduct

You are not covered for a Disability caused or contributed to by your committing or attempting to commit an assault or felony, or actively participating in a violent disorder or riot.   Actively participating does not include being at the scene of a violent disorder or riot while performing your official duties.

**(NO PRUDNT)   LT.XD.OT.1**

## DISABILITIES SUBJECT TO LIMITED PAY PERIODS

A.  Mental Disorders and Substance Abuse

Payment of LTD Benefits is limited to 24 months for each period of continuous Disability caused or contributed to by any one or more of the following, or medical or surgical treatment of one or more of the following:

1.  Mental Disorders; or

2.  Substance Abuse.

However, if you are confined in a Hospital solely because of a Mental Disorder at the end of the 24 months, this limitation will not apply while you are continuously confined.

Mental Disorder means any mental, emotional, behavioral, psychological, personality, cognitive, mood or stress-related abnormality, disorder, disturbance, dysfunction or syndrome, regardless of cause (including any biological or biochemical disorder or imbalance of the brain) or the presence of physical symptoms.   Mental Disorder includes, but is not limited to, bipolar affective disorder, organic brain syndrome, schizophrenia, psychotic illness, manic depressive illness, depression and depressive disorders, anxiety and anxiety disorders.

Substance Abuse means use of alcohol, alcoholism, use of any drug, including hallucinogens, or drug addiction.

Hospital means a legally operated hospital providing full-time medical care and treatment under the direction of a full-time staff of licensed physicians. Rest homes, nursing homes, convalescent homes, homes for the aged, and facilities primarily affording custodial, educational, or rehabilitative care are not Hospitals.

B.  Rules For Disabilities Subject To Limited Pay Periods

1.  If you are Disabled as a result of a Mental Disorder or any Physical Disease or Injury for which payment of LTD Benefits is subject to a limited pay period, and at the same time are Disabled

as a result of a Physical Disease, Injury, or Pregnancy that is not subject to such limitation, LTD Benefits will be payable first for conditions that are subject to the limitation.

2.  No LTD Benefits will be payable after the end of the limited pay period, unless on that date you continue to be Disabled as a result of a Physical Disease, Injury, or Pregnancy for which payment of LTD Benefits is not limited.

(NO OTHR LMS_NO LIFETM)   LT.LP.OT.1

## LIMITATIONS

A.  Care Of A Physician

You must be under the ongoing care of a Physician in the appropriate specialty as determined by us during the Benefit Waiting Period.  No LTD Benefits will be paid for any period of Disability when you are not under the ongoing care of a Physician in the appropriate specialty as determined by us.

B.  Foreign Residency

Payment of LTD Benefits is limited to 12 months for each period of continuous Disability while you reside outside of the United States, Canada, or Puerto Rico.

C.  Imprisonment

No LTD Benefits will be paid for any period of Disability when you are confined for any reason in a penal or correctional institution.

(NO RESP_NO REHAB LIM)   LT.LM.OT.1X

## CLAIMS

A.  Filing A Claim

Claims should be filed on our forms.  If we do not provide our forms within 15 days after they are requested, you may submit your claim in a letter to us.  The letter should include the date disability began, and the cause and nature of the disability.

B.  Time Limits On Filing Proof Of Loss

You must give us Proof Of Loss within 90 days after the end of the Benefit Waiting Period.  If you cannot do so, you must give it to us as soon as reasonably possible, but not later than one year after that 90-day period.  If Proof Of Loss is filed outside these time limits, your claim will be denied.  These limits will not apply while you lack legal capacity.

C.  Proof Of Loss

Proof Of Loss means written proof that you are Disabled and entitled to LTD Benefits.  Proof Of Loss must be provided at your expense.

For claims of Disability due to conditions other than Mental Disorders, we may require proof of physical impairment that results from anatomical or physiological abnormalities which are demonstrable by medically acceptable clinical and laboratory diagnostic techniques.

D.  Documentation

Completed claims statements, a signed authorization for us to obtain information, and any other items we may reasonably require in support of a claim must be submitted at your expense.  If the required documentation is not provided within 45 days after we mail our request, your claim may be denied.

E.  Investigation Of Claim

We may investigate your claim at any time.

At our expense, we may have you examined at reasonable intervals by specialists of our choice. We may deny or suspend LTD Benefits if you fail to attend an examination or cooperate with the examiner.

F.  Time Of Payment

We will pay LTD Benefits within 60 days after you satisfy Proof Of Loss.

LTD Benefits will be paid to you at the end of each month you qualify for them.  LTD Benefits remaining unpaid at your death will be paid to the person(s) receiving the Survivors Benefit. If no Survivors Benefit is paid, the unpaid LTD Benefits will be paid to your estate.

G.  Notice Of Decision On Claim

We will evaluate your claim promptly after you file it.  Within 45 days after we receive your claim we will send you:  (a) a written decision on your claim; or (b) a notice that we are extending the period to decide your claim for 30 days.  Before the end of this extension period we will send you: (a) a written decision on your claim; or (b) a notice that we are extending the period to decide your claim for an additional 30 days.  If an extension is due to your failure to provide information necessary to decide the claim, the extended time period for deciding your claim will not begin until you provide the information or otherwise respond.

If we extend the period to decide your claim, we will notify you of the following: (a) the reasons for the extension; (b) when we expect to decide your claim; (c) an explanation of the standards on which entitlement to benefits is based; (d) the unresolved issues preventing a decision; and (e) any additional information we need to resolve those issues.

If we request additional information, you will have 45 days to provide the information.  If you do not provide the requested information within 45 days, we may decide your claim based on the information we have received.

If we deny any part of your claim, you will receive a written notice of denial containing:

a.  The reasons for our decision.

b.  Reference to the parts of the Group Policy on which our decision is based.

c.  Reference to any internal rule or guideline relied upon in making our decision.

d.  A description of any additional information needed to support your claim.

e.  Information concerning your right to a review of our decision.

f.  Information concerning your right to bring a civil action for benefits under section 502(a) of ERISA if your claim is denied on review.

H.  Review Procedure

If all or part of a claim is denied, you may request a review.  You must request a review in writing within 180 days after receiving notice of the denial.

You may send us written comments or other items to support your claim.  You may review and receive copies of any non-privileged information that is relevant to your request for review.  There will be no charge for such copies.  You may request the names of medical or vocational experts who provided advice to us about your claim.

The person conducting the review will be someone other than the person who denied the claim and will not be subordinate to that person. The person conducting the review will not give deference to the initial denial decision. If the denial was based on a medical judgment, the person conducting the review will consult with a qualified health care professional. This health care professional will be someone other than the person who made the original medical judgment and will not be subordinate to that person.  Our review will include any written comments or other items you submit to support your claim.

We will review your claim promptly after we receive your request. Within 45 days after we receive your request for review we will send you: (a) a written decision on review; or (b) a notice that we are extending the review period for 45 days. If the extension is due to your failure to provide information necessary to decide the claim on review, the extended time period for review of your claim will not begin until you provide the information or otherwise respond.

If we extend the review period, we will notify you of the following: (a) the reasons for the extension; (b) when we expect to decide your claim on review; and (c) any additional information we need to decide your claim.

If we request additional information, you will have 45 days to provide the information. If you do not provide the requested information within 45 days, we may conclude our review of your claim based on the information we have received.

If we deny any part of your claim on review, you will receive a written notice of denial containing:

a.  The reasons for our decision.

b.  Reference to the parts of the Group Policy on which our decision is based.

c.  Reference to any internal rule or guideline relied upon in making our decision.

d.  Information concerning your right to receive, free of charge, copies of non-privileged documents and records relevant to your claim.

e.  Information concerning your right to bring a civil action for benefits under section 502(a) of ERISA.

The Group Policy does not provide voluntary alternative dispute resolution options. However, you may contact your local U.S. Department of Labor Office and your State insurance regulatory agency for assistance.

I.  Assignment

The rights and benefits under the Group Policy are not assignable.

**(REV PRIV WRDG)   LT.CL.OT.2**

## ALLOCATION OF AUTHORITY

Except for those functions which the Group Policy specifically reserves to the Policyholder or Employer, we have full and exclusive authority to control and manage the Group Policy, to administer claims, and to interpret the Group Policy and resolve all questions arising in the administration, interpretation, and application of the Group Policy.

Our authority includes, but is not limited to:

1.  The right to resolve all matters when a review has been requested;

2.  The right to establish and enforce rules and procedures for the administration of the Group Policy and any claim under it;

3.  The right to determine:

    a.  Eligibility for insurance;

    b.  Entitlement to benefits;

    c.  The amount of benefits payable; and

    d.  The sufficiency and the amount of information we may reasonably require to determine a., b., or c., above.

Subject to the review procedures of the Group Policy, any decision we make in the exercise of our authority is conclusive and binding.

LT.AL.OT.1

## TIME LIMITS ON LEGAL ACTIONS

No action at law or in equity may be brought until 60 days after you have given us Proof Of Loss.  No such action may be brought more than three years after the earlier of:

1.  The date we receive Proof Of Loss; and

2.  The time within which Proof Of Loss is required to be given.

LT.TL.OT.1

## INCONTESTABILITY PROVISIONS

A.  Incontestability Of Insurance

Any statement made to obtain insurance or to increase insurance is a representation and not a warranty.

No misrepresentation will be used to reduce or deny a claim or contest the validity of insurance unless:

1.  The insurance would not have been approved if we had known the truth; and

2.  We have given you or any other person claiming benefits a copy of the signed written instrument which contains the misrepresentation.

After insurance has been in effect for two years during the lifetime of the insured, we will not use a misrepresentation to reduce or deny the claim, unless it was a fraudulent misrepresentation.

B.  Incontestability Of The Group Policy

Any statement made by the Policyholder or Employer to obtain the Group Policy is a representation and not a warranty.

No misrepresentation by the Policyholder or your Employer will be used to deny a claim or to deny the validity of the Group Policy unless:

1.  The Group Policy would not have been issued if we had known the truth; and

2.  We have given the Policyholder or Employer a copy of a written instrument signed by the Policyholder or Employer which contains the misrepresentation.

The validity of the Group Policy will not be contested after it has been in force for two years, except for nonpayment of uncontested premiums or fraudulent misrepresentations.

LT.IN.OT.1

## CLERICAL ERROR, AGENCY, AND MISSTATEMENT

A.  Clerical Error

Clerical error by the Policyholder, your Employer, or their respective employees or representatives will not:

1.  Cause a person to become insured.

2.  Invalidate insurance under the Group Policy otherwise validly in force.

3.  Continue insurance under the Group Policy otherwise validly terminated.

B.  Agency

The Policyholder and your Employer act on their own behalf as your agent, and not as our agent. The Policyholder and your Employer have no authority to alter, expand or extend our liability or to waive, modify or compromise any defense or right we may have under the Group Policy.

C.  Misstatement Of Age

If a person's age has been misstated, we will make an equitable adjustment of premiums, benefits, or both.  The adjustment will be based on:

1.  The amount of insurance based on the correct age; and

2.  The difference between the premiums paid and the premiums which would have been paid if the age had been correctly stated.

LT.CE.OT.1

## TERMINATION OR AMENDMENT OF THE GROUP POLICY

The Group Policy may be terminated by us or the Policyholder according to its terms.  It will terminate automatically for nonpayment of uncontested premium.  The Policyholder may terminate the Group Policy in whole, and may terminate insurance for any class or group of Members, at any time by giving us written notice.

Benefits under the Group Policy are limited to its terms, including any valid amendment.  No change or amendment will be valid unless it is approved in writing by one of our executive officers and given to the Policyholder for attachment to the Group Policy.  If the terms of the certificate differ from the Group Policy, the terms stated in the Group Policy will govern. The Policyholder, your Employer, and their respective employees or representatives have no right or authority to change or amend the Group Policy or to waive any of its terms or provisions without our signed written approval.

We may change the Group Policy in whole or in part when any change or clarification in law or governmental regulation affects our obligations under the Group Policy, or with the Policyholder's consent.

Any such change or amendment of the Group Policy may apply to current or future Members or to any separate classes or groups of Members.

LT.TA.OT.1

## DEFINITIONS

Annual Enrollment Period means the period designated each year by your Employer when you may change insurance elections.

Benefit Waiting Period means the period you must be continuously Disabled before LTD Benefits become payable. No LTD Benefits are payable for the Benefit Waiting Period.  See **Coverage Features**.

Contributory means insurance is elective and Members pay all or part of the premium for insurance.

CPI-W means the Consumer Price Index for Urban Wage Earners and Clerical Workers published by the United States Department of Labor.  If the CPI-W is discontinued or changed, we may use a comparable index.  Where required, we will obtain prior state approval of the new index.

Employer means an employer (including approved affiliates and subsidiaries) for which coverage under the Group Policy is approved in writing by us.

Family Status Change means a Change of Status as defined under your Employer's IRC Section 125 Cafeteria Plan.  The change must be allowed by your Employer's IRC Section 125 Cafeteria Plan.

Group Policy means the group LTD insurance policy issued by us to the Policyholder and identified by the Group Policy Number.

Indexed Predisability Earnings means your Predisability Earnings adjusted by the rate of increase in the CPI-W. During your first year of Disability, your Indexed Predisability Earnings are the same as your Predisability Earnings. Thereafter, your Indexed Predisability Earnings are determined on each anniversary of your Disability by increasing the previous year's Indexed Predisability Earnings by the rate of increase in the CPI-W for the prior calendar year. The maximum adjustment in any year is 10%. Your Indexed Predisability Earnings will not decrease, even if the CPI-W decreases.

Injury means an injury to the body.

LTD Benefit means the monthly benefit payable to you under the terms of the Group Policy.

Maximum Benefit Period means the longest period for which LTD Benefits are payable for any one period of continuous Disability, whether from one or more causes. It begins at the end of the Benefit Waiting Period. No LTD Benefits are payable after the end of the Maximum Benefit Period, even if you are still Disabled. See **Coverage Features**.

Noncontributory means (a) insurance is nonelective and the Policyholder or Employer pay the entire premium for insurance; or (b) the Policyholder or Employer require all eligible Members to have insurance and to pay all or part of the premium for insurance.

Physical Disease means a physical disease entity or process that produces structural or functional changes in the body as diagnosed by a Physician.

Physician means a licensed M.D. or D.O., acting within the scope of the license. Physician does not include you or your spouse, or the brother, sister, parent, or child of either you or your spouse.

Pregnancy means your pregnancy, childbirth, or related medical conditions, including complications of pregnancy.

Prior Plan means your Employer's group long term disability insurance plan in effect on the day before the effective date of your Employer's participation under the Group Policy and which is replaced by coverage under the Group Policy.

Spouse means:

1. A person to whom you are legally married;

2. A person who is party to a Civil Union with you. Civil Union means a civil union established according to applicable law; or

3. Your Domestic Partner. Domestic Partner means an individual with whom you have completed an affidavit of declaration of domestic partnership, submitted that affidavit to the Employer, and filed that affidavit for public record if required by law.

LT.DF.OT.1

## POLICYHOLDER PROVISIONS

A. Premiums

The premium due on each Premium Due Date is the sum of the premiums for all persons then insured. Premium Rates are shown in **Coverage Features**.

B. Contributions From Members

The Policyholder determines the amount, if any, of each Member's contribution toward the cost of insurance.

C. Changes In Premium Rates

We may change Premium Rates whenever:

1. A change or clarification in law or governmental regulation affects the amount payable under the Group Policy.  Any such change in Premium Rates will reflect only the change in our obligations.

2. Factors material to underwriting the risk we assumed under the Group Policy with respect to an Employer, including, but not limited to, number of persons insured, age, Predisability Earnings, gender, and occupational classification, changes by 25% or more.

3. The premium contribution arrangement for Members is changed or varies from that stated in the Group Policy when issued or last renewed.

4. We and the Policyholder or the Employer mutually agree to change Premium Rates.

Except as provided above, Premium Rates will not be changed during the Initial Rate Guarantee Period shown in **Coverage Features**.  Thereafter, except as provided above, we may change Premium Rates upon 120 days advance written notice to the Policyholder.  Any such change in Premium Rates may be made effective on any Premium Due Date, but no such change will be made more than once in any contract year.  Contract years are successive 12 month periods computed from the end of the Initial Rate Guarantee Period.

D. Payment Of Premiums

All uncontested premiums are due on the Premium Due Dates shown in **Coverage Features**.

Each premium is payable on or before its Premium Due Date directly to us at our home office.  The payment of each premium by the Policyholder as it becomes due will maintain the Group Policy in force until the next Premium Due Date.

E. Grace Period And Termination For Nonpayment

If a premium is not paid on or before its Premium Due Date, it may be paid during the following Grace Period of 60 days.  The Group Policy or an Employer's coverage under the Group Policy will remain in force during the Grace Period.

If the uncontested premium is not paid during the Grace Period, the Group Policy will terminate automatically at the end of the Grace Period.

The Policyholder is liable for premium for coverage during the Grace Period.  We may charge interest at the legal rate for any premium which is not paid during the Grace Period, beginning with the first day after the Grace Period.

F. Termination For Other Reasons

The Policyholder may terminate the Group Policy by giving us written notice.  The effective date of termination will be the later of:

1. The date stated in the notice; and

2. The date we receive the notice.

We may terminate the Group Policy as follows:

1. On any Premium Due Date if the number of persons insured is less than the Minimum Participation shown in **Coverage Features**.

2. On any Premium Due Date if we determine that the Policyholder has failed to promptly furnish any necessary information requested by us, or has failed to perform any other obligations relating to the Group Policy.

The minimum advance notice of termination by us is 60 days.

G. Premium Adjustments

Premium adjustments involving a return of unearned premiums to the Policyholder will be limited to the 12 months just before the date we receive a request for premium adjustment.

H. Certificates

We will issue certificates to the Policyholder showing the coverage under the Group Policy. The Policyholder will distribute a certificate to each insured Member. If the terms of the certificate differ from the Group Policy, the terms stated in the Group Policy will govern.

I. Records And Reports

The Policyholder will furnish on our forms all information reasonably necessary to administer the Group Policy. We have the right at all reasonable times to inspect the payroll and other records of the Policyholder which relate to insurance under the Group Policy.

J. Agency And Release

Individuals selected by the Policyholder or by any Employer to secure coverage under the Group Policy or to perform their administrative function under it, represent and act on behalf of the person selecting them, and do not represent or act on behalf of Standard. The Policyholder, Employer and such individuals have no authority to alter, expand or extend our liability or to waive, modify or compromise any defense or right we may have under the Group Policy. The Policyholder and each Employer hereby release, hold harmless and indemnify Standard from any liability arising from or related to any negligence, error, omission, misrepresentation or dishonesty of any of them or their representatives, agents or employees.

K. Notice Of Suit

The Policyholder or Employer shall promptly give us written notice of any lawsuit or other legal proceedings arising under the Group Policy.

L. Entire Contract, Changes

The Group Policy and the applications of the Policyholder constitute the entire contract between the parties. A copy of the Policyholder's application is attached to the Group Policy when issued.

The Group Policy may be changed in whole or in part. No change in the Group Policy will be valid unless it is approved in writing by one of our executive officers and given to the Policyholder for attachment to the Group Policy. No agent has authority to change the Group Policy, or to waive any of their provisions.

M. Effect On Workers' Compensation, State Disability Insurance

The coverage provided under the Group Policy is not a substitute for coverage under a workers' compensation or state disability income benefit law and does not relieve the Employer of any obligation to provide such coverage.

(NO DIV)   LT.PH.OT.1

MA/LTDP2000

## GROUP POLICY AMENDMENT NO. 5

Attached to and made a part of Group Policy 160351-C issued to
Waters Technologies Corporation as Policyholder.

Effective January 1, 2019, and subject to the **Active Work Provisions**, the General Policy Information portion of the **Coverage Features** and the **Becoming Insured** section are amended to provide the following definition of a Member:

Member means [You are a Member if you are]:

1. A regular employee of the Employer;

2. Employed in the United States or Puerto Rico;

3. Actively At Work at least 20 hours each week (for purposes of the Member definition, Actively At Work will include regularly scheduled days off, holidays, or vacation days, so long as the person is capable of Active Work on those days); and

4. A citizen or resident of the United States or Canada.

Member does not include [You are not a Member if you are] a temporary or seasonal employee, a full-time member of the armed forces of any country, a leased employee, or an independent contractor.

STANDARD INSURANCE COMPANY

By

Chairman, President and CEO

Corporate Secretary

10/25/2018

## GROUP POLICY AMENDMENT NO. 4

Attached to and made a part of Group Policy 160351-C issued to
Waters Technologies Corporation as Policyholder.

Effective April 15, 2017, and subject to the **Active Work Provisions**, the Schedule Of Insurance portion of the **Coverage Features** is amended to provide the following Eligibility Waiting Period for persons who are not eligible for insurance on April 15, 2017:

Eligibility Waiting Period:               You are eligible on the date you become a Member, but not before April 15, 2017.

Eligibility Waiting Period means the period you must be a Member before you become eligible for insurance.

STANDARD INSURANCE COMPANY

By

Chairman, President and CEO                     Corporate Secretary

6/6/2017

## GROUP POLICY AMENDMENT NO. 3

Attached to and made a part of Group Policy 160351-C issued to
Waters Technologies Corporation as Policyholder.

Effective January 1, 2016, Group Policy Amendment No. 2 never came into effect.

STANDARD INSURANCE COMPANY

By

Chairman, President and CEO                                   Corporate Secretary

6/2/17

## GROUP POLICY AMENDMENT NO. 2

Attached to and made a part of Group Policy 160351-C issued to
Waters Technologies Corporation as Policyholder.

Effective January 1, 2016, and subject to the **Active Work Provisions**, the **Predisability Earnings** section is amended to read as follows:

### PREDISABILITY EARNINGS

Your Predisability Earnings will be based on your benefit base salary as calculated by your Employer and in effect on the most recent September 1 preceding your last full day of Active Work.   Any subsequent change in your benefit base salary after that last full day of Active Work will not affect your Predisability Earnings.

Predisability Earnings means your monthly benefit base salary from your Employer, as calculated by your Employer, including:

1.  Contributions you make through a salary reduction agreement with your Employer to:

    a.  An Internal Revenue Code (IRC) Section 401(k), 403(b), 408(k), 408(p), or 457 deferred compensation arrangement; or

    b.  An executive nonqualified deferred compensation arrangement.

2.  Amounts contributed to your fringe benefits according to a salary reduction agreement under an IRC Section 125 plan.

3.  Any other extra compensation included in your benefit base salary.

Predisability Earnings excludes any compensation not included in your benefit base salary.


STANDARD INSURANCE COMPANY

By


Chairman, President and CEO                                    Corporate Secretary


11/21/2016

## GROUP POLICY AMENDMENT NO. 1

Attached to and made a part of Group Policy 160351-C issued to
Waters Technologies Corporation as Policyholder.

Effective January 1, 2016, and subject to the **Active Work Provisions**, the Group Policy is amended as follows:

1.  The part of the Premium Contributions portion of the **Coverage Features** which reads as follows:

    > You may elect changes in your insurance only during an Annual Enrollment Period or during the first 31 days following a Family Status Change.

    is amended to read as follows:

    > You may elect changes in your insurance only during an Annual Enrollment Period or during the first 30 days following a Family Status Change.

2.  Item 1. Insurance Subject To Evidence Of Insurability of part A. When Insurance Becomes Effective in the **When Your Insurance Becomes Effective** section is amended to read as follows:

    1.  Insurance Subject To Evidence Of Insurability

        Insurance subject to Evidence Of Insurability becomes effective on the latest of:

        a.  The date we approve your Evidence Of Insurability;

        b.  The later of the date you apply or the date of the Family Status Change, if you apply within 30 days of a Family Status Change; or

        c.  The beginning of the next plan year following the date you apply, if you apply during the Annual Enrollment Period.

STANDARD INSURANCE COMPANY

By

Chairman, President and CEO

Corporate Secretary