UNITED STATES DISTRICT COURT FOR
THE DISTRICT OF MASSACHUSETTS

C.A. No.: 1:21-cv-11425-MPK

| | |
|---|---|
| CHERYL F. RODRIGUES<br>*Plaintiff,* | )<br>)<br>) |
| V. | )<br>) |
| THE STANDARD INSURANCE CO.,<br>*Defendant* | )<br>)<br>) |

## **STIPULATION OF DISMISSAL**

NOW COME the parties to the above-entitled action and, pursuant to the provisions of Fed.R.Civ.P. 41(a)(1)(A)(ii), hereby stipulate that said action be dismissed without prejudice and without costs.

Respectfully submitted,

| PLAINTIFF, CHERYL RODRIGUES,<br>By her Attorney, | DEFENDANT, STANDARD INSURANCE<br>COMPANY, by its Attorneys |
|---|---|
| /s/ *Kevin J. Phelan*<br>Kevin J. Phelan, Esq. (BBO# 397915)<br>38 Rock Street, Suite 25<br>Fall River MA 02720<br>(508) 674-1999<br>(508) 679-1110 fax<br>phelan@fallriverlaw.net | /s/ *Brooks R. Magratten*<br>Brooks R. Magratten, Esq., (BBO #650393)<br>Pierce Atwood, LLP<br>One Financial Plaza, 26th Floor<br>Providence RI 02903<br>(401) 490-3422<br>(401) 588-5166 fax<br>bmagratten@pierceatwood.com |

Date:   11/19/2021

14167889.1

## CERTIFICATE OF SERVICE

I certify that the within document was electronically filed with the clerk of the court on November 19, 2021, and that it is available for viewing and downloading from the Court's ECF system. Service by electronic means has been effectuated on the following counsel of record:

Kevin J. Phelan, Esq.
Stephen M. Shea, Esq.
38 Rock Street, Suite 25
Fall River, MA 02720

/s/ *Brooks R. Magratten*

14168033.1